UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOHN M. SCHMITZ, | ) | |
| ANNA SVEC, | ) | |
| GOLDA BOU, | ) | |
| JUAN RAMOS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-03314-TWP-MPB |
| | ) | |
| MARION COUNTY BOARD OF ELECTIONS, | ) | |
| CONNIE LAWSON, | ) | |
| MYLA ELVIDGE, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE AND ORDER

Pursuant to the Court's Order filed on August 12, 2019, (Docket No. 17), this matter is set for a **TELEPHONIC STATUS CONFERENCE** on **WEDNESDAY, AUGUST 14, 2019 at 3:30 p.m.** (EST) Indianapolis time, before Magistrate Judge Matthew P. Brookman. The information needed to participate in this telephonic conference will be provided by a separate notification.

Dated: August 12, 2019

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Service made electronically to all ECF-registered counsel of record.