**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| JOHN M. SCHMITZ, | ) | |
| ANNA SVEC, | ) | |
| GOLDA BOU, | ) | |
| JUAN RAMOS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-03314-TWP-MPB |
| | ) | |
| MARION COUNTY BOARD OF ELECTIONS, | ) | |
| CONNIE LAWSON, | ) | |
| MYLA ELVIDGE, | ) | |
| | ) | |
| Defendants. | ) | |

## SCHEDULING ORDER

The Plaintiff's Emergency Motion for Preliminary Injunction (Dkt. 10) is set for oral argument on <u>August 29, 2019 at 2:00 p.m.</u> in Courtroom 344, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana.  Parties are allotted thirty minutes each, for a total of one hour.

The Court notes that because Defendant Myla Eldridge's name is spelled incorrectly as Myla Elvidge in the Complaint (Dkt. 1), her name is spelled incorrectly on the docket.

**The Clerk is directed to use the correct spelling, Eldridge, on the docket.**

IT IS SO ORDERED.

Date:   8/15/2019

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Daniel Bowman
OFFICE OF CORPORATION COUNSEL
daniel.bowman@indy.gov

Jefferson S. Garn
INDIANA ATTORNEY GENERAL
Jefferson.Garn@atg.in.gov

Anne Celeste Harrigan
OFFICE OF CORPORATION COUNSEL
anne.harrigan@indy.gov

Rebecca L. McClain
INDIANA ATTORNEY GENERAL
rebecca.mcclain@atg.in.gov

Parvinder Kaur Nijjar
INDIANA ATTORNEY GENERAL
parvinder.nijjar@atg.in.gov

Anne Kramer Ricchiuto
FAEGRE BAKER DANIELS LLP (Indianapolis)
anne.ricchiuto@FaegreBD.com

Mark Small
ATTORNEY AT LAW
marksmall2001@yahoo.com