# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN M. SCHMITZ, <br> ANNA SVEC, <br> GOLDA BOU, <br> JUAN RAMOS, <br><br>                Plaintiffs, <br><br>      v. <br><br> MARION COUNTY BOARD OF ELECTIONS, <br> CONNIE LAWSON, <br> MYLA ELDRIDGE, <br><br>                Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:19-cv-03314-TWP-MPB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ENTRY FOLLOWING HEARING HELD AUGUST 29, 2019

This matter is before the Court for hearing on Plaintiffs' Emergency Motion for a Preliminary Injunction (10). Plaintiffs appeared by counsel Mark Small. Defendants Marion County Board of Elections and Myla Eldridge appeared by counsel Anne Kramer Ricchiuto, Daniel Bowman and Stephanie L. Boxell. Brienne Delaney, Director of Elections, appeared as party representative. Defendant Connie Lawson appeared by counsel Jefferson S. Garn and Parvinder Kaur Nijjar. The Court Reporter was David Moxley.

Attorney Small presented oral argument on behalf of Plaintiffs. Attorney Garn presented argument on behalf of Defendant Connie Lawson. Attorney Ricchiuto presented argument on behalf of Defendants Marion County Board of Elections and Myla Eldridge. Attorney Small presented rebuttal argument on behalf of Plaintiffs.

This matter was taken under advisement and the Court will issue an expedited ruling.

IT IS SO ORDERED.

Date: 8/30/2019

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Daniel Bowman
OFFICE OF CORPORATION COUNSEL
daniel.bowman@indy.gov

Stephanie L. Boxell
FAEGRE BAKER DANIELS LLP (Indianapolis)
stephanie.boxell@faegrebd.com

Jefferson S. Garn
INDIANA ATTORNEY GENERAL
Jefferson.Garn@atg.in.gov

Anne Celeste Harrigan
OFFICE OF CORPORATION COUNSEL
anne.harrigan@indy.gov

Rebecca L. McClain
INDIANA ATTORNEY GENERAL
rebecca.mcclain@atg.in.gov

Parvinder Kaur Nijjar
INDIANA ATTORNEY GENERAL
parvinder.nijjar@atg.in.gov

Anne Kramer Ricchiuto
FAEGRE BAKER DANIELS LLP (Indianapolis)
anne.ricchiuto@FaegreBD.com

Robert Austin Rowlett
INDIANA ATTORNEY GENERAL
Robert.Rowlett@atg.in.gov

Mark Small
ATTORNEY AT LAW
marksmall2001@yahoo.com