IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **JOHN M. SCHMITZ, ANNA SVEC,** )<br>**GOLDA BAU, and JUAN RAMOS,** )<br>    Plaintiffs, )<br> )<br>**v.** )<br> )<br>**MARION COUNTY BOARD OF** )<br>**ELECTIONS, CONNIE LAWSON, and** )<br>**MYLA ELDRIDGE,** )<br>    Defendants. ) | Case No. 1:19-cv-03314-TWP-MPB |

STIPULATION OF DISMISSAL
OF PLAINTIFFS' COMPLAINT

Plaintiffs John M. Schmitz, Anna Svec and Juan Ramos, having been advised by counsel of their rights as well as the finality of their dismissal of this action as a plaintiffs, wish to dismiss their cause of action in the above-captioned matter. All other parties have been advised and stipulate, pursuant to F.R.Civ. P. 41(a)(1)(A)(ii), to dismissal with prejudice of these, the last remaining plaintiffs, to this action; that each party shall bear its own costs and fees, including attorney fees; and furthermore, the parties stipulate that any further hearings or conferences, including the telephonic conference presently set for Wednesday, February 19, 2020, are unnecessary as moot and ask they be vacated.

| | |
|---|---|
| Date: February 5, 2020 | Respectfully submitted, |
| /s Mark Small. | /s/ *Daniel P. Bowman* |
| Mark Small | Daniel P. Bowman (31691-49) |
| Counsel for Plaintiff | Assistant Corporation Counsel |
| Attorney Number 14656-49 | OFFICE OF CORPORATION COUNSEL |
| PO Box 20612 | 200 East Washington Street, Room 1601 |
| 815 East 63rd Place, Suite 101 | Indianapolis, Indiana 46204 |

1

Indianapolis, Indiana 46220  
Telephone: (317) 252-4800  
E-Mail: marksmall2001@yahoo.com

Telephone: (317) 327-4055  
Fax: (317) 327-3968  
E-Mail: daniel.bowman@indy.gov

*/s/ Anne K. Ricchiuto*  
Anne K. Ricchiuto, # 25760-49  
Counsel for Marion County Election  
     Board and Myla Eldridge  
Faegre, Baker & Daniels  
300 North Meridian Street, Suite 2700  
Indianapolis, IN 46204-1782  
Tel: (317) 237-0300  
Fax: (317) 237-1000  
anne.ricchiuto@faegrebd.com

/s Jefferson S. Garn  
Deputy Attorney General, # 29921-49  
Counsel for Secretary of State Connie Lawson  
Office of Attorney General  
Indiana Government Center South, 5th Floor  
302 West Washington Street  
Indianapolis, Indiana 46204-2770  
Tel: (317) 234-7119  
Fax: (317) 232-7979  
Email: Jefferson.Garn@atg.in.gov

## Certificate of Service

     I hereby certify that on the 5th day of February, 2020, a copy of the foregoing Stipulation of Dismissal of Plaintiffs' Complaint was served upon all counsel of record through the EM/ECF electronic filing system.

                         /s Mark Small.  
                         Mark Small.